UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEMAN BRIDGES

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NUMBER 07-490-FJP-DLD

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Commissioner's decision shall be REMANDED with instructions to reconsider the vocational evidence pursuant to SSR 00-4p for the period of time from November 15, 2003, through October 29, 2005.

IT IS FURTHER ORDERED that the shall be directed to forward a copy of the Court's opinion and report to the next Administrative Law Judge hearing this matter on remand.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 30, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45432