UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEMAN BRIDGES

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NUMBER 07-490-FJP-DLD

## J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, remanding the decision of the Commissioner with instructions to reconsider the vocational evidence pursuant to SSR 00-4p for the period of time from November 15, 2003, through October 29, 2005.

IT IS FURTHER ORDERED AND ADJUDGED that the Commissioner shall be directed to forward a copy of the Court's opinion and report to the next Administrative Law Judge hearing this matter on remand.

Baton Rouge, Louisiana, September 30, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45432